478 A.2d 83

Gaffney, Appellant, v. King et al.

Argued February 2, 1984. Ronald J. Harper, for appellant; Paul Cohen for appellee.

Before SPAETH, President Judge, and BECK and HOFF-MAN, JJ.

Reversed and remanded.

Jurisdiction is relinquished.